UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CATALINA LOVOS,

                        Plaintiff,                  **ORDER**

      -against-                              CV 08-1167 (ARL)

OCEAN FRESH SEA CLAM, LTD.,

                        Defendant.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Upon due consideration as to the plaintiff's immigration status which resulted in his failure to proceed with the jury trial that was originally set to commence on February 28, 2012, the court will provide the plaintiff with a final trial date. Notably, the parties had been provided three months' notice of the original trial date. In an effort to accommodate the plaintiff, the parties will be provided six months' notice of the final trial date. Accordingly, jury selection is rescheduled to commence on September 17, 2012 at 10:00 a.m. with trial to commence upon completion of the selection process and to continue on September 18, 2012 and September 19, 2012, if necessary. All pretrial submissions, including requests to charge and proposed voir dire questions, are due on or before September 4, 2012 in accordance with undersigned's individual rules. Plaintiff is forewarned that if he is unable to arrange for his attendance at the upcoming trial, the court will mark the case closed and dismiss the complaint for lack of prosecution.

Dated:  Central Islip, New York
         March 6, 2012

                                                        _____/s/_____
                                                        ARLENE R. LINDSAY
                                                        United States Magistrate Judge